| | |
|---|---|
| 1 | Vijay J. Patel |
| | Attorney at Law: 285585 |
| 2 | Law Offices of Lawrence D. Rohlfing |
| | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
| | Tel.: (562)868-5886 |
| 4 | Fax: (562)868-5491 |
| | E-mail rohlfing.office@rohlfinglaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Emma Alvarado Rivera |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| EMMA ALVARADO RIVERA, | ) | Case No.: 2:15-cv-07219-    -AGR |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S RESPONSE TO |
| | ) | COURT'S MINUTE ORDER DATED |
| vs. | ) | OCTOBER 15, 2015, AND |
| | ) | STIPULATION FOR DISMISSAL |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE HONORABLE ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE:

1  On October 15, 2015, this Court issued a minute order requesting Plaintiff file an opposition to the Commissioner's motion to consolidate. See Doc. No. 14. IT IS HEREBY STIPULATED by and between Emma Alvarado Rivera ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed as duplicative and without prejudice to case number 2:15-cv-07170-PSG-AGR, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: October 28, 2015

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Vijay J. Patel*
Vijay J. Patel
Attorney for plaintiff Emma Alvarado Rivera

DATE: October 28, 2015

EILEEN M. DECKER
United States Attorney

/s/ *Dennis Hanna*

Dennis Hanna
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED, without prejudice
DATED: 10/29/15

*Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE

-2-